# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00547-CV

## In re Rockstar Remodeling and Diamond Decks, LLC; and Donald M. Ferguson a/k/a Donnie M. Ferguson

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator filed a petition for writ of mandamus and emergency motion to stay the underlying proceeding. We granted the emergency motion in part, staying the trial court's August 26, 2022 order in part, and requested a response. Having reviewed the petition, the records provided, the response, and the reply, we deny the petition for writ of mandamus and lift this Court's temporary stay of the trial court's August 26, 2022 order. *See* Tex. R. App. P. 52.8(a), 52.10(b).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly
  Dissenting Opinion by Justice Kelly

Filed: September 22, 2022